FILED
CLERK, U.S. DISTRICT COURT

AUG 21 2020

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. EDCR 19-062-JGB |
| Plaintiff, | |
| vs. | ORDER OF DETENTION |
| | [18 U.S.C. §§ 3148(b), 3143(a)] |
| TYRALE McKISSICK, | |
| Defendant. | |

On August 21, 2020, Defendant made his initial appearance following his arrest on a bench warrant issued on November 15, 2019, for alleged violations of the terms and conditions of pretrial release. David Kaloyanides, a member of the indigent defense panel who was previously appointed to represent Defendant, appeared for defendant. Defendant submitted on the recommendation of detention in the Pretrial Services Report.

The Court has reviewed the files and records in this matter, including the report prepared by Pretrial Services on February 19, 2019, and letter dated August 21, 2020, and the ecommendation of detention.

1

The Court has taken into account the allegations of defendant's noncompliance with the conditions set for pretrial release (arrest and conviction for burglary and grand theft while on pretrial release), failure to report to Pretrial Services, and an outstanding warrant issued in December 2019.

The Court finds, pursuant to 18 U.S.C. § 3148(b), as follows:

1. Probable cause to believe that Defendant has committed a Federal, State, or local crime while on release. See Petition for action on conditions of pretrial release. Thus, there is a rebuttable presumption that no condition or combination of conditions will assure that defendant will not pose a danger to the safety of any other person or the community if released and Defendant has failed to rebut the presumption; and

2. Clear and convincing evidence that Defendant has violated the conditions of his release. See Petition for action on conditions of pretrial release.

Having considered the factors set forth in 18 U.S.C. § 3142(g), the court finds that there is no longer is any condition or combination of conditions of release that will assure that the defendant will not flee or pose a danger to the community or to others if allowed to remain on bail pending future court proceedings.

The Court finds that there is now a change in circumstances which justifies reconsideration of the decision to allow Defendant to remain on release. The Court now finds that, under the current circumstances, clear and convincing evidence does not exist to show that the defendant is not likely to flee or pose a danger to the community or to others if allowed to remain on bail.

IT THEREFORE IS ORDERED that defendant is remanded to the custody of the United States Marshal pending further proceedings to be scheduled before District Judge Jesus G. Bernal.

Dated: August 21, 2020.

/s/
ALKA SAGAR
UNITES STATES MAGISTRATE JUDGE